IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **TERRY LEE JOHNSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **Civil No. 1:19cv272-HSO-MTP** |
| | § | |
| **CITY OF BILOXI MUNICIPAL COURT,** *et al.* | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that, this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of October, 2020.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE